UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>DOES 1- 12,<br><br>        Defendants.<br>_____/ | No. C05-5193 SBA (EMC)<br><br>**ORDER REQUIRING PLAINTIFFS TO SERVE MOTION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY ON NON-PARTY COVAD COMMUNICATIONS CO. AND SETTING HEARING DATE** |

     On December 15, 2005, Plaintiffs filed a complaint for copyright infringement against twelve unnamed defendants. On December 16, 2005, Plaintiffs filed a motion for administrative relief for leave to take immediate discovery on a third party Internet Service Provider, Covad Communications Co. ("Covad"), for the limited purpose of determining the identities of the Doe Defendants, each of whom is known only by a unique Internet Protocol address. On December 23, 2005, the case was referred to the undersigned for all discovery purposes.

     On January 18, 2006, Plaintiffs filed a notice of its Motion for Administrative Relief, noticing the hearing for March 1, 2006. The Notice of Electronic Filing, filed on the Court's electronic docket, indicates that the Notice of Motion was emailed only to Plaintiffs' counsel.

     Plaintiffs are hereby ordered to serve a copy of this order and Plaintiffs' Notice of Motion, Motion for Administrative Relief for Leave to Take Immediate Discovery, the supporting request for judicial notice and declaration, and proposed order on non-party Covad by January 25, 2006. Covad, or any other interested party, may file and serve an opposition to Plaintiffs' motion by February 8, 2006. Plaintiffs shall file any reply by February 15, 2006.

1 | The Court shall hear Plaintiffs' motion on March 1, 2006, at 10:30 a.m., in Courtroom C.
2 | IT IS SO ORDERED.

Dated: January 19, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge